# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 10-411 consolidated with 10-409, 10-410

**ASHLEY NERO, ET AL.**

**VERSUS**

**ANDREW RICHARD, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 83771 C/W 84548 C/W 84592
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

### SHANNON J. GREMILLION
### JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, J. David Painter, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

**Michael W. Campbell**
**Caffery, Oubre, Campbell & Garrison, L.L.P.**
**301 E. Kaliste Saloom Rd. Ste. 301**
**Lafayette, LA 70508**
**(337) 232-6581**
**Counsel for Defendant/Appellee:**
**Robert Brasseaux, Jr.**

**Peter Forrestt Caviness**
**Dauzat, Falgoust, Caviness & Bienvenu**
**P. O. Box 1450**
**Opelousas, LA 70571-1450**
**(337) 942-5811**
**Counsel for Defendant/Appellee:**
**Louisiana Farm Bureau Casualty Ins. Co.**

**Edward O. Taulbee  IV**
**Taulbee & Associates**
**P.O. Box 2038**
**Lafayette, LA 70502-2038**
**(337) 269-5005**
**Counsel for Defendants/Appellees:**
**Louisiana Farm Bureau Mutual Insurance Co.**
**Louisiana Farm Bureau Casualty Ins. Co.**

**Jeffery F. Speer**
**Doucet & Speer**
**P. O. Box 4303**
**Lafayette, LA 70502-4303**
**(337) 232-0405**
**Counsel for Plaintiffs/Appellants:**
**Susan Richard**
**Jenna Richard**
**Andrew Richard**

**Christopher Shannon Hardy**
**Penny & Hardy**
**P. O. Box 2187**
**Lafayette, LA 70502-2187**
**(337) 231-1955**
**Counsel for Defendants/Appellees:**
**Allstate Insurance Company**
**Andrew Richard**

**Scott A. Stefanski**
**Edwards, Stefanski & Zaunbrecher**
**P. O. Box 730**
**Crowley, LA 70527-0730**
**(337) 783-7000**
**Counsel for Plaintiff/Appellant:**
**Ashley Nero**

**Max Michael Menard**
**Taulbee & Associates**
**P. O. Box 2038**
**Lafayette, LA 70502-2308**
**(337) 269-5005**
**Counsel for Defendants/Appellees:**
**Louisiana Farm Bureau Mutual Ins. Co.**
**Louisiana Farm Bureau Casualty Ins. Co.**

**J. Bradley Duhe**
**Ottinger Hebert, L.L.C.**
**P. O. Box 52606**
**Lafayette, LA 70505-2606**
**(337) 232-2606**

**Counsel for Plaintiffs/Appellees:**
**Michelle Matlock**
**Steven R. Matlock**

**Julian Louis Gibbens, III**
**Doucet & Speer**
**P. O. Box 4303**
**Lafayette, LA 70502-4303**
**(337) 232-0405**
**Counsel for Plaintiffs/Appellants:**
**Susan Richard**
**Jenna Richard**
**Andrew Richard**

**Tracey A. Biagas-Hill**
**Attorney at Law**
**400 E. Kaliste Saloom, #8300**
**Lafayette, LA 70508**
**(337) 291-1743**
**Counsel for Defendants/Appellees:**
**Allstate Insurance Company**
**Encompass Insurance**

**Sean P. Rabalais**
**Attorney at Law**
**400 E. Kaliste Saloom, Ste 8300**
**Lafayette, LA 70508**
**(337) 291-1743**
**Counsel for Defendants/Appellees:**
**Encompass Insurance**
**Allstate Insurance Company**

**GREMILLION, Judge.**

This case is consolidated with 10-409 and 10-410. For the reasons set forth in *Richard v. Brasseaux,* 10-409 (La.App. 3 Cir. _/_/_), __ So.3d __, the judgment of the trial court is affirmed.

**AFFIRMED**.